UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP,

Plaintiff,

v.

THE MORTGAGE NETWORK WHOLESALE LENDER, LLC,

Defendant.

Case No. 25-cv-05979-RFL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 28

The Court has reviewed *de novo* Magistrate Judge Laurel Beeler's Report and Recommendation to deny[1] Plaintiff's motion for default judgment and enter judgment for Defendant (Dkt. No. 28). The Court has also reviewed Plaintiff's complaint (Dkt. No. 1), his motion for default judgment (Dkt. No. 22), the relevant orders in his related case (Case No. 25-cv-02185-LB, Dkt. Nos. 93, 108), and the dockets in this case and the related case. No objections were received. The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the motion for default judgment (Dkt. No. 22) is **DENIED**. The Clerk shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: November 24, 2026

RITA F. LIN
United States District Judge

[1] The report and recommendation is captioned "Report and Recommendation to Grant Default Judgment," but its substance is to deny the motion for default judgment and enter judgment for Defendant. (*See generally* Dkt. No. 28.)